Main
v.
Newson.

In every case
made for argu-
ment, the par-
ty who is to
open the argu-
ment, must de-
liver to the
court, and op-
posite counsel,
the *points* he
means to insist
on.

Main *against* Newson.

BALDWIN, for the plaintiff, moved to bring on the argument of this cause, when *S. Jones*, jun. for the defendant, called for the points which were to be insisted on, in the argument. *Baldwin* replied, that the case came before the court on a point reserved at the trial, and it did not, therefore, come within the rule of practice requiring the party bringing on the argument, to furnish the court and opposite party with the points.

*Per Curiam.* The rule is general, and the party must deliver the points in every case, before the argument comes on. Though a single question was reserved by the judge at *N. P.* yet that may give rise to various and distinct points of argument.

Rule refused.

## GENERAL RULE.

*November* 21, 1808.

ORDERED, that hereafter, a plaintiff in any cause, at any circuit court or sittings, may, at the opening of the court, on each day, or on such day as the presiding judge shall-allow, and before the court shall proceed to try any litigated cause, take an inquest: *provided*, the intention of the plaintiff to take an inquest shall be expressed in the notice of trial : and unless (before a jury are impannelled to take the inquest,) the party defendant, or his attorney, shall file with the clerk of the circuit or sittings, an affidavit, satisfactory to the judge presiding at the circuit or sittings, that such defendant has a good and substantial defence, and serve a copy thereof on the opposite party, the defendant shall be held liable to pay the costs of the trial, provided the inquest is afterwards set aside, together with the costs of the application.

END OF NOVEMBER TERM.